# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02293-NRN

Muzon, et al,

       Plaintiffs,

vs.

GPIF Brown Palace Hotel, LLC,

       Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 28th day of August 2023,

| | |
|---|---|
| **/s/ Jon G. Shadinger Jr.** | **/s/ Julia N. Sarnoff** |
| Jon G. Shadinger Jr., Esq. | Julia N. Sarnoff, Esq. |
| Shadinger Law, LLC | Seyfarth Shaw LLP |
| 717 E. Elmer Street, Suite 7 | 975 F Street, N.W. |
| Vineland, NJ 08360 | Washington, D.C. 20004 |
| js@shadingerlaw.com | Phone (202) 828-3535 |
| Phone (609) 319-5399 | Fax (202) 641-9185 |
| Office (609) 691-8565 | jsarnoff@seyfarth.com |
| Fax (609) 262-4651 | *Attorneys for Defendant* |
| *Attorney for Plaintiffs* | |